1  McGREGOR W. SCOTT
   United States Attorney
2  Eastern District of California
   KRISTI C. KAPETAN
3  Assistant U.S. Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Fax: (559) 497-4099

6  Attorneys for the defendant The United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

   SAMANTHA GLENN,                )    1:05-CV-01589-OWW-NEW (TAG)
11                                 )
          Plaintiff,               )
12                                 )    STIPULATION TO CONTINUE CERTAIN
       v.                          )    PRE-TRIAL DATES AND ORDER THEREON
13                                 )
   THE UNITED STATES OF AMERICA,   )
14                                 )
          Defendant.               )
15 _____)

16

17       Defendant United States of America, acting through counsel, and plaintiff Samantha

18 Glenn, acting through counsel, hereby stipulate as follows:

19       1.    This stipulation is executed by all parties who have appeared in and are

20 affected by this action;

21       2.    Due to the press of business, the parties agree to the following adjustment to

22 the scheduling order in effect in this matter:

23                                    Existing Date          Proposed Date

24 Expert Witness Disclosure deadline:   March 9, 2007        May 4, 2007

25 Discovery Cut off                     May 9, 2007          June 8, 2007

26

27

28

All other dates will remain the same.

Respectfully submitted,

Dated: March 1, 2007                    McGREGOR W. SCOTT
                                        United States Attorney

                              By:       /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney
                                        Attorneys for defendant
                                        UNITED STATES OF AMERICA

Dated: March 1, 2007

                              By:       /s/ Dean Hiyama
                                        DEAN HIYAMA
                                        Attorney for Plaintiff
                                        SAMANTHA GLENN

## ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current pre-trial dates listed above are vacated in favor of the new dates.

IT IS SO ORDERED.

**Dated:   March 6, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE