McGREGOR W. SCOTT
United States Attorney
Eastern District of California
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the defendant The United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMANTHA GLENN, | ) | 1:05-CV-01589-OWW-TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE PRETRIAL |
| v. | ) | AND TRIAL DATES; DECLARATION OF |
| | ) | KRISTI C. KAPETAN IN SUPPORT AND |
| THE UNITED STATES OF AMERICA, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant United States of America, acting through counsel, and plaintiff Samantha Glenn, acting through counsel, hereby stipulate as follows:

1.     This stipulation is executed by all parties who have appeared in and are affected by this action;

2.     Due to the recent appointment of Kristi Kapetan to the Superior Court bench, this case will need to be reassigned to another attorney at the United States Attorney's Office.  Ms. Kapetan is the only attorney who has worked on this file.  The person to whom the case will be assigned will begin working for the office within the next few weeks.  He or she will need time to review the file and prepare the case for trial.  Expert discovery has not been completed and additional time is needed to complete it.  Further, a witness that needs to be deposed has not been located by the parties and additional time is needed to take her deposition.  In view of the foregoing, the parties agree to the following adjustment to the scheduling order in effect in this matter:

|   | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cut off (Expert and Non-Expert) | July 16, 2007 | November 16, 2007 |
| Pre trial Conference | September 4, 2007 | February 5, 2008 |
| Trial (4 days, court) | October 30, 2007 | March 18, 2008 |

Dated: July 10, 2007.

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

By:   /s/ Kristi C. Kapetan
      KRISTI C. KAPETAN
      Assistant U.S. Attorney
      Attorneys for defendant
      UNITED STATES OF AMERICA

Dated: July 10, 2007.

By:   /s/ Dean Hiyama
      DEAN HIYAMA
      Attorney for Plaintiff
      SAMANTHA GLENN

ORDER

   Good cause having been shown and based on this stipulation,

   IT IS HEREBY ORDERED that the current pretrial scheduling order is vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   July 10, 2007**                **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE