Dean Hiyama  #102087
Attorney at Law
1275 W. Shaw Avenue, Suite 107
Fresno, California  93711
Telephone:  (559)230-0696
Facsimile:  (559)230-0697

Attorney for Plaintiff, SAMANTHA GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA GLENN,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DANIEL J. RABIN, M.D., and SEQUOIA COMMUNITY HEALTH FOUNDATION,<br><br>   Defendants. | Civil Action No. 1:05-cv-01589-OWW-TAG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

   Plaintiff, SAMANTHA GLENN, and Defendant, UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Stipulation of Compromise Settlement entered into by the parties, effective July 24, 2007.  Each party shall bear their/its own costs.  The parties request that the Court retain jurisdiction to enforce the Stipulation of Compromise Settlement.

   Respectfully submitted,

Dated:  August 14, 2007

                                        /s/Dean Hiyama                              
                                       Dean Hiyama, Attorney for Plaintiff,
                                       SAMANTHA GLENN

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 14, 2007 | McGREGOR W. SCOTT |
| 2 | | United States Attorney |

by: /s/Lynn Trinka Ernce (as authorized on 08/14/07)
LYNN TRINKA ERNCE, Assistant U.S. Attorney
for defendant, UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated: August 15, 2007

      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com